UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIAN M. SHAHID,

                Petitioner,

     -against-

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

19 Misc. 28 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      By **September 17, 2021**, the Government will submit a letter advising the Court as to the status of Petitioner's passport, and whether he is still in the custody of U.S. Immigration and Customs Enforcement.

Dated: New York, New York
           September 4, 2021

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge