UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIAN M. SHAHID,

               Petitioner,

      -against-

UNITED STATES OF AMERICA,

               Respondent.

**ORDER**

19 Misc. 28 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      On April 24, 2018, pro se Petitioner Mian Shahid filed a motion for return of his passport pursuant to Fed. R. Crim. P. 41(g). (Motion (Dkt. No. 1)) Petitioner alleges that his passport was seized when he was arrested by Department of Homeland Security investigators on January 8, 2004. (Id. at 1) At the time he initiated this action in 2018, Petitioner was in the custody of U.S. Immigration and Customs Enforcement ("ICE"). (Id. at 2)

      On September 17, 2021, the Government submitted a letter advising that, according to ICE records, ICE received Petitioner's travel documents on March 15, 2019, and Petitioner was removed from the United States with his travel documents on May 15, 2019. (Dkt. Nos. 7, 7-1)

      Accordingly, because Petitioner's passport is no longer in the Government's possession, Petitioner's motion for return of his passport (Dkt. No. 1) is denied as moot.

      The Clerk of Court is directed to close this case.

Dated: New York, New York
       November 4, 2021

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.